# Exhibit G.

# In The Matter Of:

*Liberty Mutual Insurance Co. v.*
*The Black & Decker Corp.*

---

*H. Lester Schurr*
*October 24, 1997*

---

*Vincent Varallo Associates, Inc.*
*Registered Professional Reporters*
*Eleven Penn Center*
*1835 Market Street, Suite 600*
*Philadelphia, PA 19103*
*(215) 561-2220    FAX: (215) 561-2221*

Original File ls102497.v1, 79 Pages
Min-U-Script® File ID: 3015040864

**Word Index included with this Min-U-Script®**

248

[8] A: It was there for firefighting purposes.

[9] Q: You said you drew another blue line which you [10] said is probably wrong. Why don't we label that [11] C.

[12] A: (Witness complies with request.)

[13] Q: And then if you could try and draw that [14] drainage ditch in the correct place as best you [15] remember.

[16] A: Boy, I don't know, it probably came down [17] through here (indicating).

[18] Q: Could you label that D.

[19] A: D?

[20] Q: D.

[21] A: (Witness complies with request.)

[22] Q: What was D used for?

[23] A: Well, runoff, water runoff and so on.

[24] Q: And it was water runoff from where?

Page 33

[1] A: From all the surrounding area there.

[2] Q: Would there be oil in that water runoff?

[3] MR. BROWN: Objection.

[4] THE WITNESS: Possibly a slight [5] amount, yes. In this ditch over a series of [6] baffles and underflows and so forth, to catch any [7] oil that might escape. And they in turn would be [8] – whenever there was any accumulation, if there [9] was an accumulation of oil, it was pumped off. [10] There was a series, I think, of four overflows and [11] underflow baffles, and at the end there was an oil [12] skimmer.

[13] BY MR. PIROZZOLO:

[14] Q: By "the end," the end of what?

[15] A: At the end of the baffles.

[16] Q: Would it be correct that an effort was made [17] to reclaim as much oil as you could from the [18] runoff?

[19] A: Yes; sure. It had a Brill, what was called a [20] trade name, Brill separator. It had a rope on it [21] that continually went and had affinity for oil, it [22] would pick up the oil and drop it into a tank.

[23] Q: Now, what were the drainage ditches – what [24] were the drainage area channels made of?

Page 34

[1] A: Earth.

[2] Q: That is both B and D; is that right?

[3] A: B and D.

[4] Q: Were made of earth?

[5] A: Yes.

[6] Q: Was there any other drainage channels?

[7] A: No. There was one that came down here by the [8] railroad and tied in here somewhere. I can't tell [9] you just exactly where it was, but probably down [10] through here and tied in.

[11] Q: Could you mark that and label it E.

[12] A: I'm only guessing at this now.

[13] Q: Don't guess. Just give us your best memory [14] of where it is.

[15] A: (Witness complies with request.)

[16] Q: Can you mark that with an E.

[17] A: E?

[18] Q: Yes.

[19] A: (Witness complies with request.)

[20] Q: And was that made of earth as well?

[21] A: Yes.

[22] Q: Did that have the kind of baffles and things [23] to reclaim oil that you've just described?

[24] A: No, because it emptied into prior to where

Page 35

[1] the skimmer was, the Brill skimmer.

[2] Q: So D and E are made of –

[3] A: Earth.

[4] Q: – earth and the runoff of water would go [5] into those?

[6] A: Yes.

[7] Q: And would that water have oil in it?

[8] A: Possibly, yes, because that's why we had the [9] skimmer there.

[10] Q: And was the skimmer located in the vicinity [11] of A?

[12] A: Closer – pretty close to A. It was down in [13] about here, somewhere here (indicating).

[14] Q: You can mark that with an F where you think [15] the skimmer was.

[16] A: (Witness complies with request.)

[17] Q: Thank you.

[18] Was there a flood on the site at [19] some point?

[20] A: Yes.

[21] Q: Do you remember more than one flood?

[22] A: Two.

[23] Q: Approximately when was the first flood?

[24] A: I think one was '70 and the other '72.

Page 36

[1] Q: Focusing on the flood in 1970, do you [2] remember about what time of the year that was?

[3] A: Yes, it was – I was away hunting so it was [4] probably in the fall of the year.

[5] Q: Could you describe what happened when the [6] flood occurred?

[7] A: Well, apparently I wasn't there, I can only [8] say what I have been told. The earthen wall broke [9] and spilled some sludge into the Schuylkill [10] River.

[11] Q: That's the earthen wall in what location?

[12] A: Well, I would think it was in No. 4.

[13] Q: When you say "wall," is that a wall [14] between – let me ask the question – a wall [15] between Area 4 and the river?

[16] A: Yes, the earthen wall between 4 and the [17] river.

[18] Q: When you returned from hunting did you see [19] the wall broken?

[20] A: Yes.

[21] Q: Did you see anything to indicate that the [22] sludge had gone into the river?

[23] A: Oh, yes.

[24] Q: What did you see?

Page 37

[1] A: Sludge.

[2] Q: Do you know about how much sludge was [3] released in 1970 into the river?

[4] A: Oh, I don't know, something about a – I [5] don't want to say, but I believe somebody said a [6] hundred thousand gallons. I don't know. My memory [7] is vague on that.

[8] MR. BROWN: It might be easier if [9] you answer towards the court reporter because –

[10] THE WITNESS: She didn't kick me.

[11] MR. BROWN: Her legs aren't long [12] enough.

[13] BY MR. PIROZZOLO:

[14] Q: Did anything else occur during the flood of [15] 1970 with respect to release of materials?

[16] A: Not that I know of or can recall.

[17] Q: Now, is the next flood that occurred [18] associated with a hurricane?

[19] A: That was in the spring of '72.

[20] Q: What hurricane was that?

[21] A: Agnes.

[22] Q: Could you describe what happened during the [23] flood that occurred when Hurricane Agnes came [24] through?

Page 38

[1] A: Well, the river was so high it went in over [2] the top of the lagoons and swept the material out.

[3] Q: How high did the river rise at that time?

[4] A: I wouldn't want to say but it was very high, [5] I know that. I believe they called it the Hundred [6] Year Flood.

[7] Q: Did it flood all of the areas –

[8] A: Everything, it was over everything

down in [9] this area (indicating).

[10] **Q:** Let me just –

[11] **A:** Over the railroad tracks and everything.

[12] **Q:** Where are the railroad tracks?

[13] **A:** They are right here (indicating).

[14] **Q:** Could you place a line for the railroad [15] tracks.

[16] **A:** Where it says it's an abandoned railroad [17] bed?

[18] **Q:** Where it says abandoned –

[19] **A:** Yes.

[20] **Q:** – abandoned railroad bed.

[21] **A:** It wasn't abandoned at that time but they [22] have since been abandoned.

[23] **Q:** Is it your testimony that the flood covered [24] all of the area –

Page 39

[1] **A:** Yes.

[2] **Q:** – between the river and the abandoned – and [3] the railroad bed?

[4] **A:** Yes; yes.

[5] **Q:** Did it go to the other side of the railroad [6] bed?

[7] **A:** Oh, yes.

[8] **Q:** How far to the other side?

[9] **A:** It was up within about a foot or two of the [10] office door which was back up in here [11] (indicating).

[12] **Q:** Did you make a mark of where that is, the [13] office door?

[14] **A:** Well, this, as I say, is very confusing.

[15] **Q:** As best you can recall.

[16] **A:** Probably up to about here (indicating).

[17] **Q:** Could you put the letter G on the line that [18] you just drew.

[19] **A:** G?

[20] **Q:** Yes.

[21] **A:** (Witness complies with request.)

[22] **Q:** Did it reach any of the tanks?

[23] **A:** It surrounded the tanks, sure, but the tanks [24] stayed intact.

Page 40

[1] **Q:** Did it reach any of the distillation –

[2] **A:** No; no.

[3] **Q:** – machinery?

[4] **A:** No.

[5] **Q:** Is it correct that the rise in the flood [6] water covered everything between the railroad bed [7] and the river?

[8] **A:** Yes, and then it covered over here, too [9] (indicating).

[10] **Q:** And on the other side of the railroad track, [11] what was the limit of the flood?

[12] **A:** Well, I believe it might have been in the [13] lower parts of the area, it might have been 8 [14] feet.

[15] **Q:** Maybe I should ask it this way: Did the [16] flood cover the area that's been marked No. 9? [17] Did it cover the area marked No. 9?

[18] **A:** Oh, yes.

[19] **Q:** Did it cover the area marked No. 8?

[20] **A:** Yes.

[21] **Q:** Did it cover the pond area marked "pond"?

[22] **A:** I'm a little bit vague on that but I think it [23] did.

[24] **Q:** And is it your testimony it covered the Area

Page 41

[1] No. 1 –

[2] **A:** No.

[3] **Q:** – up to the Line G?

[4] **A:** No; no. It didn't cover any of this back [5] here (indicating).

[6] **Q:** The Area 1 up to the Line G –

[7] **A:** Yes.

[8] **Q:** – is that right?

[9] **A:** Yes. It did cover down in through here [10] (indicating).

[11] **Q:** Did it cover Area 2?

[12] **A:** Yes; mm-hmm.

[13] **Q:** Did it cover Area 10?

[14] **A:** No.

[15] **Q:** Now, as a result of the flood waters, what [16] happened to oil material and sludge?

[17] **A:** Well, it went in over the top of the lagoons [18] and swept it out.

[19] **Q:** Where did it sweep it to?

[20] **A:** To the river. And to some of the surrounding [21] ground there, too.

[22] **Q:** Was anything done at that time by way of [23] cleanup from the hurricane?

[24] **A:** Oh, yeah, the EPA did – or somebody from the

Page 42

[1] government did quite extensive cleanup.

[2] **Q:** Do you recall what they did?

[3] **A:** Well, in some cases they scooped it up and [4] brought it back and threw it back into the [5] lagoons, and in other cases they hauled – put it [6] on railcars and hauled it away.

[7] **Q:** And was there cleanup after the 1970 flood?

[8] **A:** No, only what we did.

[9] **Q:** What did you do?

[10] **A:** Well, cleaned it up as best we could.

[11] **Q:** If you could explain what you did.

[12] **A:** Bulldozer and so forth and so on.

[13] **Q:** To put it back where it was?

[14] **A:** Yes, and reseal the lagoons and reinforce [15] them.

[16] **Q:** Did you repair the dike that had broken?

[17] **A:** Yes.

[18] **Q:** What did you do to fix the lagoons?

[19] **A:** Put heavy stone in and then sealed it with [20] earth.

[21] **Q:** How did you seal it with earth? What do you [22] mean by sealing it with earth?

[23] **A:** Well, we made it leakproof; that's what I [24] mean by sealing it.

Page 43

[1] **Q:** How did you do that?

[2] **A:** I just finished telling you.

[3] **Q:** I'm sorry, I don't mean to be difficult, just [4] for the record, I understand you, but to try and [5] get an explanation.

[6] **A:** We put some heavy stone in and covered it [7] with earth and compacted it.

[8] **Q:** Was that at the bottom of the lagoon?

[9] **A:** No, it was the side. It was the side, the [10] wall that broke out.

[11] **Q:** Let me just go back. You are talking now [12] about repairing the dike that had broken?

[13] **A:** Yes.

[14] **Q:** And the dike was repaired by putting stone [15] and then earth –

[16] **A:** Yes.

[17] **Q:** – and compacting it; is that correct?

[18] **A:** That's right.

[19] **Q:** I don't mean to irritate you, it's just that [20] we've got to get a written record. Although it's [21] very clear what you are saying, some day this is [22] going to be read and I have to make sure that [23] whoever is listening can understand.

[24] **A:** As I said initially, we are talking 12 - 20

Page 44

[1] years ago and my memory isn't that good.

[2] **Q:** I appreciate your cooperation. I [3] understand.

[4] **A:** Off the record.

[5] **MR. PIROZZOLO:** That's fine.

[6] (Discussion held off the record.)

[7] **BY MR. PIROZZOLO:**

[8] **Q:** Have you ever heard of A&A Waste Oil [9] Company?

[10] **A:** Yes.

[11] Q: How have you heard of A&A Waste Oil Company?

[12] A: Well, we had bought waste oil from them.

[13] Q: And when did you buy waste oil from them?

[14] A: I couldn't give you – as I say, our records [15] are destroyed and I couldn't give you a date on [16] that, but... It was probably in the late '70s, I [17] don't know.

[18] Q: Did you buy water from A&A Waste Oil Company [19] in the 1960s? Did you buy –

[20] A: As I say, I would be reluctant to say.

[21] Q: I would like to show you a document that was [22] marked previously as Exhibit 5 in the Goldstein [23] deposition.

[24] A: I would tell you the EPA has far more records

Page 45

[1] than we do because they had come in and [2] practically copied all of our records.

[3] Q: Do you recognize that as one of the records [4] that was copied by the EPA?

[5] A: Well, I'll tell you, I can't – from this, I [6] can't tell you. Some of the things that I see [7] here would be in line with what we did. We had a [8] load number and we had a date and we had – see, I [9] can't read all this here. D as in Debbie, yes, [10] that would look like something we did, yes.

[11] Q: And did you keep track of the oil that was [12] delivered by particular –

[13] A: Yes, each one had a separate sample.

[14] Q: So that when A&A delivered oil –

[15] A: Yes.

[16] Q: – you would have kept track of A&A's oil?

[17] A: Oh, yes.

[18] Q: The second page is easier to read than the [19] first, if you can just go to the second page. One [20] column is headed "date."

[21] A: Yes.

[22] Q: Did you keep track of the date?

[23] A: Absolutely.

[24] Q: Would that have been the date that the oil

Page 46

[1] was delivered to you?

[2] A: Yes.

[3] Q: And the next column is "load number." Did [4] each load have a unique number?

[5] A: Everybody's oil had a separate load number.

[6] Q: And did you assign the number at the time of [7] delivery? Did you assign the number at the time [8] of delivery?

[9] A: Yes, the laboratory would go out and take a [10] sample and then give it a load number.

[11] Q: Now, the next column, I'm having trouble [12] reading but does this say fats?

[13] A: Fats.

[14] Q: F-A-T-S?

[15] A: Yes.

[16] Q: What did that mean?

[17] A: Well, we checked whether there was any fatty [18] acids involved.

[19] Q: And if there were, that would –

[20] A: It would be a cause for rejection.

[21] Q: So where okay was written, does that mean [22] that there wasn't fatty acids?

[23] A: That means there wasn't.

[24] MR. BROWN: I want to stay on the

Page 47

[1] record for this. The witness is not testifying [2] about these individual loads, rather you are [3] asking general questions about what the columns [4] mean?

[5] MR. PIROZZOLO: So far, yes.

[6] MR. BROWN: I just want to be [7] clear.

[8] BY MR. PIROZZOLO:

[9] Q: The next column is "gross" –

[10] A: "Gross gallons."

[11] Q: That would be the number of gallons delivered [12] with each load?

[13] A: Yes; yes.

[14] Q: Do you know what the next –

[15] A: "BS&W in excess of 8 percent."

[16] Q: What is that?

[17] A: Bottom sediment and water in excess of eight [18] percent. We allowed them eight percent. After [19] that we would deduct proportionately.

[20] Q: And then you end up with net gallons; is that [21] right?

[22] A: That would give us net gallons, yes.

[23] Q: The next column is "receipt number." Did you [24] give them a receipt?

Page 48

[1] A: We gave them a receipt, yes.

[2] Q: Does the receipt have a unique number? Did [3] the receipt have a unique number?

[4] A: No; no.

[5] Q: Each receipt had its own number?

[6] A: Absolutely, yes.

[7] Q: Was it assigned at the time the load was [8] delivered?

[9] A: Yes; mm-hmm.

[10] Q: In the next column is the word "amount."

[11] A: It would be dollars and cents.

[12] Q: Who paid the money? Did you buy the oil?

[13] A: We bought the oil.

[14] Q: So that would be what you paid for the oil?

[15] A: Mm-hmm.

[16] Q: And under "date paid," what would that be?

[17] A: That would be whatever the date was it was paid.

[18] Q: And under "check number"?

[19] A: That would be our check number.

[20] Q: Now, having gone through these columns and [22] looked at this, do you recognize this as a [23] ledger – as a record that A&A – that Berks kept?

[24] A: Well, it looks like a record. I can't

Page 49

[1] certify that it was but it looks like a record.

[2] Q: Does that look like the records that A&A [3] used – I'm sorry, does that look like the records [4] that Berks used?

[5] A: That anybody had. It looks like a [6] record of anybody's incoming oil.

[7] Q: Does that look like a record that Berks kept [8] of anybody's incoming record?

[9] A: That's a record we kept.

[10] Q: And this is headed "A&A Waste Oil"?

[11] A: Yes.

[12] Q: So would that have been a record of A&A Waste [13] Oil?

[14] A: That would have been a record of A&A's waste [15] oil.

[16] Q: The lagoons that you've described, do you [17] remember about how deep they were?

[18] A: Probably 6 feet deep.

[19] Q: Do you remember, Mr. Schurr, customers named [20] Philadelphia Textile Cleaners and Glidden Paint?

[21] A: Yes, I do.

[22] Q: Do you remember at some point that they [23] became customers of Berks Associates?

[24] A: I don't know if – we had a business

Page 50

[1] relationship.

[2] Q: Do you remember when that business [3] relationship began?

[4] A: Again, I would have – hate to –

[5] Q: Approximately.

[6] A: Probably '47, 1947, somewhere in that area.

[7] Q: Did it continue for a period of time?



GENERAL SITE FEATURES AND POTENTIAL SOURCE AREAS
DOUGLASSVILLE DISPOSAL SITE, UNION TWP., PA

FIGURE 2

POTENTIAL SOURCE AREAS
1. Processing Facility Area
2. Backfilled Lagoon & Filter Cake Disposal Area
3. Landfarm Area
4. Sludge Disposal Area
5. Backfilled Sludge Lagoon Area
6. Possible Landfarm Area
7. Incinerator & Surrounding Area
8. Drum & Tank Area
9. Backfilled Lagoon Area
10. Drum, Tank & Refuse Area

PRIVILEGED/CONFIDENTIAL   B AND D MA   LM   0067893



PRIVILEGED AND CONFIDENTIAL B&D MA LM     0036030