# APPENDIX B

List of Documents

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 10/25/1999 | Baseline Aquatic Habitat Assessment Report for Berks LF Superfund Site | Letter | USEPA | Golder Associates |
| None | 3/1/1999 | Aquatic Habitat Assessment Work Plan , Berks Landfill Superfund Site | Report | Golder Associates | Berks LF UAO Respondents |
| None | 4/27/1999 | Response to Comments Aquatic Habitat Assessment Work Plan Berks LF | Letter | Golder Associates | USEPA |
| None | 2/12/1998 | Berks Landfill RI/FS Progress Report, January 1998 | Letter | Golder Associates | USEPA |
| None | 1/9/1998 | Berks Landfill RI/FS Progress Report, December 1997 | Letter | Golder Associates | USEPA |
| None | 3/27/1998 | Berks Landfill RI/FS Progress Report, February 1998 | Letter | Golder Associates | USEPA |
| None | 4/10/1998 | Berks Landfill RI/FS Progress Report, March 1998 | Letter | Golder Associates | USEPA |
| None | 4/1/1998 | Unilateral Administrative Order | Order | USEPA | Pennsylvania Department of Environmental Protection |
| None | 5/14/1998 | Berks Landfill Site | Letter | Drinker Biddle & Reath LLP | Pennsylvania Department of Environmental Protection |
| None | 5/15/1998 | Berks Landfill RI/FS Progress Report, April 1998 | Letter | Golder Associates | USEPA |
| None | 3/14/1997 | Berks Landfill RI/FS Progress Report, February 1997 | Letter | Golder Associates | USEPA |
| None | 4/10/1997 | Berks Landfill RI/FS Progress Report, March 1997 | Letter | Golder Associates | USEPA |
| None | 5/14/1997 | Berks Landfill RI/FS Progress Report, April 1997 | Letter | Golder Associates | USEPA |

**ROUX ASSOCIATES, INC.**

HOL74008Y.110

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 6/9/1997 | Berks Landfill RI/FS Progress Report, May 1997 | Letter | Golder Associates | USEPA |
| None | 7/10/1997 | Berks Landfill RI/FS Progress Report, June 1997 | Letter | Golder Associates | USEPA |
| None | 9/23/1997 | Berks Landfill RI/FS Progress Report, August 1997 | Letter | Golder Associates | USEPA |
| None | 8/18/1997 | Berks Landfill RI/FS Progress Report, July 1997 | Letter | Golder Associates | USEPA |
| None | 10/13/1997 | Berks Landfill RI/FS Progress Report, September 1997 | Letter | Golder Associates | USEPA |
| None | 11/17/1997 | Berks Landfill RI/FS Progress Report, October 1997 | Letter | Golder Associates | USEPA |
| None | 12/11/1997 | Leachate Sampling Results | Letter | Golder Associates | Systems Design Engineering |
| None | 12/15/1997 | Berks Landfill RI/FS Progress Report, November 1997 | Letter | Golder Associates | USEPA |
| None | 12/18/1997 | Berks Landfill Superfund Site | Letter | USEPA | Pennsylvania Department of Environmental Protection |
| None | 4/25/1997 | Superfund Program Proposed Plan | Report | USEPA | |
| None | 5/19/1997 | Berks Landfill Proposed Plan Public Comment Period | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 7/18/1997 | Fish Health Berks Landfill | Letter | Pennsylvania Department of Environmental Protection | Waste Management Program biologist |
| None | 5/12/1997 | Concerned Citizens of Western Berks County, USEPA issues the proposed Remedial Action Plan | Letter | American Geotech, Inc. | USEPA |
| None | 5/22/1997 | Citizen Watchdog Letter | Letter | Vivian Faust | Charles Root, USEPA |

HOU7406Y.110

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | Spring 1997 | Responsiveness Summary for the proposed Remedial Action Plan | Summary Report | | Berks LF Superfund Site |
| None | 7/1/1997 | ROD | ROD | USEPA | |
| None | 7/10/1997 | Berks Landfill Responsiveness Summary | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 7/30/1997 | ROD | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 11/18/1997 | Residential & Business Well Sample Analyses Results, Residential and Business Well Data Validation Narrative | Tables | Golder Associates | USEPA |
| None | 4/18/1997 | Berks Landfill, FS and ARARs Review | Letter | | USEPA |
| None | 4/15/1996 | Berks Landfill RI/FS Progress Report, March 1996 | Letter | Golder Associates | USEPA |
| None | 3/13/1996 | Berks Landfill RI/FS Progress Report, February 1996 | Letter | Golder Associates | USEPA |
| None | 2/9/1996 | Berks Landfill RI/FS Progress Report, January 1996 | Letter | Golder Associates | USEPA |
| None | 7/10/1996 | Berks Landfill RI/FS Progress Report, June 1996 | Letter | Golder Associates | USEPA |
| None | 6/10/1996 | Berks Landfill RI/FS Progress Report, May 1996 | Letter | Golder Associates | USEPA |
| None | 5/13/1996 | Berks Landfill RI/FS Progress Report, April 1996 | Letter | Golder Associates | USEPA |
| None | 10/10/1996 | Berks Landfill RI/FS Progress Report, September 1996 | Letter | Golder Associates | USEPA |
| None | 9/10/1996 | Berks Landfill RI/FS Progress Report, August 1996 | Letter | Golder Associates | USEPA |
| None | 8/12/1996 | Berks Landfill RI/FS Progress Report, July 1996 | Letter | Golder Associates | USEPA |

**ROUX ASSOCIATES, INC.**

HOL740063Y.110

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 1/10/1997 | Berks Landfill RI/FS Progress Report, December 1996 | Letter | Golder Associates | USEPA |
| None | 12/10/1996 | Berks Landfill RI/FS Progress Report, November 1996 | Letter | Golder Associates | USEPA |
| None | 11/13/1996 | Berks Landfill RI/FS Progress Report, October 1996 | Letter | Golder Associates | USEPA |
| None | 4/22/1996 | Berks Landfill Superfund Site | Letter | USEPA | Golder Associates |
| None | 4/25/1996 | Site Review and Update | Letter | Department of Health & Human Services | USEPA |
| None | 5/6/1996 | Berks Landfill, RI ARARs Review | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 4/19/1996 | State ARARs for Berks Landfill | Letter | USEPA | Pennsylvania Department of Environmental Protection |
| None | 5/29/1996 | Technical concerns about EPA Superfund Site | Letter | American Geotech, Inc. | USEPA |
| None | 3/26/1996 | Berks Landfill Superfund Site | Letter | | American Geotech, Inc. |
| None | 7/1/1996 | Final Baseline Risk Assessment | Report | Golder Associates | USEPA |
| None | 1/20/2003 | May 1997 Fact Sheet | USEPA Website | USEPA | |
| None | 1/20/2003 | June 30, 2000 Federal Register | USEPA Website | USEPA | |
| None | 1/20/2003 | Current Site Information (NPL Pad) | USEPA Website | USEPA | |
| None | 5/1/2002 | Annual Report - 2001 Berks Landfill Superfund Site | Report | USEPA | USEPA |
| None | 1/29/2002 | Sampling Results from Residential Wells | Letter | USEPA | residents |
| None | 5/22/2002 | Sampling Results from Residential Wells | Letter | USEPA | residents |

**ROUX ASSOCIATES, INC.**

HOU74065Y.110

# Berks Landfill Site

# Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 6/1/2002 | O&M and Monitoring Report, 1st Semi-annual Monitoring Event-Year 2002 | Report | Golder Associates | USEPA |
| None | 3/1/2002 | Post-Remedial Action Construction Aquatic Habitat Assessment | Report | Golder Associates | USEPA |
| None | 1/11/2002 | Residential Well Lead Sample Analysis Results, Operation, Maintenance and Monitoring | Letter/ Report | Golder Associates | USEPA |
| None | 7/19/2002 | Operation, Maintenance and Monitoring Plan | Letter/ Report | Golder Associates | USEPA |
| None | 7/22/2002 | Progress Report No. 41 for Second Quarter 2002 Activities | Letter/ Report | Golder Associates | USEPA |
| None | 10/31/2002 | Progress Report for No. 42 fro Third Quarter 2002 Activities | Letter | Golder Associates | USEPA |
| None | 1/1/2001 | Operations, Maintenance & Monitoring Report, November 2001 Monitoring Event | Report | Golder Associates | USEPA |
| None | 5/1/2001 | Operations, Maintenance & Monitoring Plan | Letter/ Report | Golder Associates | USEPA |
| None | 7/1/2001 | Remedial Action Completion Report | Report | Golder Associates | USEPA |
| None | 7/14/2000 | Berks Landfill Superfund Site | Letter | Golder Associates | USEPA |
| None | 1/5/2000 | Sampling Results from Residential Wells | Letter (Four Residential Letters) | Golder Associates | USEPA |
| None | 9/15/2000 | Design Change #4, | Letter | Golder Associates | USEPA |
| None | 1/13/2000 | Approval of Remedial Action Work Plan | Letter | USEPA | Golder Associates |
| None | 1/1/2000 | Revised Remedial Action Work Plan | Letter/ Report | Golder Associates | USEPA |

**ROUX ASSOCIATES, INC.**

HOL74083Y.110

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 9/1/1999 | Final (100%) Design | Letter/ Report | Golder Associates | USEPA |
| None | 12/9/1999 | Region III Data and QA Review (Organic data validation report) | Sample Report | USEPA | Regional Program Manager |
| None | 6/21/1905 | Baseline Aquatic Habitat Assessment Report for Berks LF Superfund Site | Report | Golder Associates | USEPA |

ROUX ASSOCIATES, INC.

HOLT4006Y.110

# SUPPLEMENTAL EXPERT REPORT

**Berks Landfill Site**

**Sinking Springs, Pennsylvania**

*Liberty Mutual Insurance Company*
*v.*
*The Black & Decker Corporation, et al.*

**U.S.D.C., D. Mass. C.A. 96-10804-DPW**

**February 28, 2003**

*Prepared for:*

**LIBERTY MUTUAL INSURANCE COMPANY**

*Prepared by:*

DENNIS COLTON
PRINCIPAL HYDROGEOLOGIST
**ROUX ASSOCIATES, INC.**
1377 Motor Parkway
Islandia, New York  11749

**ROUX**

HOL74005Y.103/CV

## 1.0 INTRODUCTION

I, Dennis Colton, P.G., Principal Hydrogeologist at Roux Associates, Inc., have reviewed my April 30, 1998 Expert Report regarding the Berks Landfill Site, in Sinking Spring, Pennsylvania. More specifically, I have reviewed my opinions presented in this report with respect to this site and have concluded that my opinions and bases are still accurate and correct, based on the supporting documents I had reviewed in 1997/1998, as well documents made available to me through a Freedom of Information Act (FOIA) request conducted in January 2003.

My conclusions are based on the following:

- Reports, maps, correspondence and other documents provided by counsel;

- Publicly available reports, maps and other documents; and

- Professional experience in hydrogeology and the investigation of contaminated sites.

During the upcoming trial, I am currently planning to use various exhibits to assist in presenting my opinions. I am planning to use site maps, aerial photos, excerpts from various documents, sampling data and tables. Some of these exhibits were included as figures in my 1998 Expert Report, whereas others are contained in or derived from documents obtained from Black & Decker or from environmental regulatory agencies. All of these documents are included in my index of documents reviewed in January 2003 (Appendix B) or listed in my 1998 Expert Report. In addition, there is the potential that new information, such as site photographs or recent technical reports, may be used to develop additional exhibits between now and the start of the trial.

My professional profile is provided in Appendix A. An index of the recently obtained documents I reviewed in 2003 is provided in Appendix B. My billing rate is $175 per hour.

## 2.0 SITE DESCRIPTION AND SITE HISTORY

- The Berks Landfill Site is located in Spring Township, Berks County, Pennsylvania. It is approximately 7 miles southwest of the City of Reading. The site consists of two closed landfills that include a 49-acre eastern landfill and a 19-acre western landfill.

- Historically, the property was the location of an iron ore mine. From the 1950's to the 1980's, the Berks Landfill operated as a municipal landfill. In 1975, the landfill was granted a permit by the Pennsylvania Department of Environmental Resources (PADER) to discharge leachate from its collection system into an adjacent stream. Also, in 1975, the eastern landfill was granted a solid waste permit to accept municipal refuse and demolition refuse.

- The Berks Landfill was listed on the National Priorities List (NPL) in October 1989.

- In July 1997, USEPA selected a remedy to remediate the site that included: repair of the eastern landfill cap; repair and continued operation of the existing leachate collection system; long-term monitoring of onsite wells, residential wells, a sentinel well, landfill gas, and the aquatic habitat; and institutional controls to prevent future consumption of onsite groundwater and to restrict any future onsite development.

- USEPA gave the Potentially Responsible Parties (PRPs) the opportunity to provide good faith offers to perform the remediation; however, none were received and USEPA ordered the PRPs to perform the work. In accordance with the order, a subgroup of the PRPs developed a remedial design plan that outlined how the landfill cap and leachate collection system would be repaired. USEPA approved the plan in January 2000.

- Construction began in June 2000 and continued until October 2000 with regular oversight from USEPA and the Bureau of Reclamation. During the construction season, the eastern landfill was covered with soil and seeded. On the western landfill, 7,000 feet of inspection trails were laid. The leachate collection lines and manholes were cleaned, inspected, and repaired. The three existing leachate collection ponds were reshaped and relined to accommodate an approximate volume of 1.5 million gallons. The leachate is pumped to the local sewage treatment plant. To monitor site conditions, a sentinel well was installed, as well as nine gas monitoring wells were installed. A total of 300 trees were planted to improve a wetland at the site.

- After construction was completed, USEPA conducted site inspections in October and November 2000, and determined that the remedy was constructed in accordance with the remedial design. Long-term monitoring of the site began in December 2000 to evaluate onsite and offsite groundwater quality and landfill gas production.

Respectfully submitted,

ROUX ASSOCIATES, INC.

Dennis Colton
Principal Hydrogeologist


Appendix A - Professional Profiles
Appendix B - Documents Recently Obtained Through a FOIA Request

# APPENDIX A

Professional Profile

**ROUX**

# Professional Profile

## Dennis Colton
### Principal Hydrogeologist

**Technical Specialties:**
Investigation and remediation of soil and groundwater contamination. Negotiations with regulatory agencies. Expert testimony/litigation support. Environmental site assessments.

**Experience Summary:**
Twenty-four years of experience: Principal Hydrogeologist at Roux Associates; Senior Associate at Geraghty & Miller. Successfully directed CERCLA and RCRA investigations, ECRA/ISRA studies, NAPL investigations, expert testimony/litigation support projects and environmental site assessments throughout the United States and Canada.

**Credentials:**
M.S. Hydrogeology, Adelphi University, 1978
B.S. Geology, University of Maryland, 1972
Certified Professional Geologist, A.I.P.G.
Certified Professional Geologist, Missouri and Pennsylvania

**Professional Affiliations:**
Association of Groundwater Scientists and Engineers (NWWA)
American Institute of Professional Geologists

**Key Projects:**
- Directed an RI at a 36-acre state superfund site in Illinois that includes a 22-acre industrial landfill. The project included the successful construction and operation of a pilot treatment plant used to demonstrate that impacted groundwater could be treated biologically.

- Served as project director for the completion of the Remedial Design/Remedial Action (RD/RA) phase of work at a CERCLA site in Indiana. Successfully negotiated cost-saving strategies that eliminated several areas of concern thus reducing the areas designated for remediation via a soil vapor extraction system.

- Successfully managed the groundwater investigation of an RFI/CMS at a large waste disposal facility in New Jersey saving the client $500,000 in investigative costs. Reduced the number of SWMUs by combining them into waste management areas. A global groundwater approach eliminated the need for unit specific groundwater investigations.

- Directed the RCRA closure of a chlor-alkali facility at a major chemical manufacturing facility in Illinois. A risk assessment was used to develop an alternative cleanup level for mercury which limited the volume of soil to be remediated. The agency was convinced that only dissolved metals were required to be analyzed for in groundwater, and mercury was not detected. Therefore, groundwater remediation was not warranted.

- Successfully completed an RFI for a 100-acre chemical plant located in Missouri. A groundwater model was constructed which demonstrated that there was only de minimis risk to a nearby river that is used as a potable water supply.

- Directed a hydrogeologic investigation of soil/groundwater contamination in overburden/bedrock at an ISRA site in New Jersey (dye manufacturing facility). Air sparging was selected to remediate the overburden aquifer which resulted in significant cost savings and a reduction in the length of operation. Natural remediation was used to address BTEX compounds in the bedrock rather that an expensive pump and treat program that was proposed by the previous consultant.

**Litigation/Settlement Support**
- Provided litigation support at the request of an insurance company's counsel to evaluate the issues involved for cost recovery at an aluminum reduction facility in Ohio. Issues included expected/intended, normal business costs v. remedial costs, mitigation, relative contribution, past costs and late notice.

- Provided litigation support at the request of various insurance companies' counsels to evaluate eight separate claims ($2 to 5 billion per claim) for the remediation of soil and groundwater at oil refineries, terminals and chemical plants throughout the United States, and evaluate natural resource damage (NRD) claims and third party claims.

- Provided litigation support at the request of various insurance companies' counsels to evaluate six separate claims for the costs proposed for the remediation of soil and groundwater at numerous oil terminals, refineries and retail gasoline service stations throughout the United States.

- Provided litigation support at the request of an insurance company's counsel to evaluate the costs proposed in approximately 50 separate claims by PRPs at Superfund sites throughout the United States and Puerto Rico with regard to remediation of on-site and off-site groundwater, on-site soil and off-site wetlands.

- Provided litigation support at the request of various insurance companies' counsels to evaluate five separate claims for past and future costs at former manufactured gas plants (MGP) throughout the Northeast, including NRD claims and private party claims.

- Provided litigation support at the request of an insurance company's counsel to evaluate past and future costs at MGP sites, power plants and superfund sites in California.

- Provided litigation support at the request of an insurance company's counsel to evaluate past and future costs at former wood preservative facilities in Georgia, Florida, North Carolina and Tennessee.

- Provided litigation support to a PRP Group regarding the No. 1 site on the NPL (LiPari Landfill) to evaluate costs incurred to remediate off-site areas.

- Provided litigation support to a major pigment manufacturer during court-ordered mediation regarding the cost to remediate soil and groundwater at a site in a residential area.

- Provided litigation support to various insurance companies to evaluate six separate claims for past and future costs at mining sites in Arizona, Utah, Colorado, Idaho, New Mexico, Michigan, and Washington.

- Provided litigation support to a major pigment manufacturing company alleged to have contaminated a municipal well field. A groundwater model was used to demonstrate that our client could not have impacted the well field.

- Provided litigation support at the request of a manufacturing company's counsel to evaluate the magnitude and timing of contaminants that migrated into a municipal well field from various locations in all directions from the well field.

- Provided litigation support at the request of an insurance company's counsel to evaluate the impact of PCB discharges to soil and groundwater at an aluminum manufacturing facility in Missouri.

HOL74005Y.IL

**ROUX**

# Professional Profile

| | | | | | | |
|---|---|---|---|---|---|---|
| **Dennis Colton, P.G.**<br>**Principal Hydrogeologist** | | | | | | |

| Case | Retained By | Counsel | Expert Report Prepared | Affidavit Prepared | Deposition Provided |
|---|---|---|---|---|---|
| Cycle Chem<br>v.<br>Great Southwest Fire Insurance Company, et al.<br>(1998) | Sentry Insurance Company | Paul Gorfinkel;<br>Rivkin, Radler & Kremer | Yes | No | Yes |
| Liberty Mutual<br>v.<br>Black & Decker Corp.<br>(1998) | Liberty Mutual | Robert Whitney<br>Holland & Knight | Yes | No | No |
| Pantasote, Inc.<br>v.<br>N.J. Manufacturing Casualty, et al.<br>(1999) | Sentry, The Hartford and Allstate Insurance Companies | James F. Stewart<br>Rivkin, Radler & Kremer<br>and Donna Stephan-Nolan,<br>Purcell, Ries, Shannon,<br>Mulcahy & O'Neill | Yes | No | Yes |
| Pantasote, Inc.<br>v.<br>N.J. Manufacturing Casualty, et al.<br>(2000) | Sentry, The Hartford and Allstate Insurance Companies | Paul Gorfinkel<br>Rivkin, Radler & Kremer<br>and Donna Stephan-Nolan,<br>Purcell, Ries, Shannon,<br>Mulcahy & O'Neill | Yes | No | Yes |
| Royal Insurance Company and American Employers Insurance Company<br>v.<br>Kirksville College of Osteopathic Medicine<br>(2001) | Royal Insurance Company | John Hayob<br>Niewald, Waldeck<br>& Brown | No | Yes | No |
| The Glidden Company<br>v.<br>Aetna Casualty & Surety Company, et al.<br>(2001) | Zurich-American Insurance Company | Keith Watson<br>Wiley, Rein & Fielding | Yes | No | Yes |
| Dura Automotive Systems of Indiana, Inc.<br>v.<br>CTS Corporation<br>(2002) | Dura Automotive Systems of Indiana, Inc. | W.C. Blanton<br>Blackwell, Sanders,<br>Peper, Martin, LLP | Yes | No | No |

HOL74005Y.ILX

 **Professional Profile**

---

### Dennis Colton, P.G.
### Principal Hydrogeologist

| Case | Retained By | Counsel | Expert Report Prepared | Affidavit Prepared | Deposition Provided |
|------|-------------|---------|:----------------------:|:------------------:|:-------------------:|
| Halocarbon Products Corporation v. Hartford Accident & Indemnity Company (2002) | The Hartford | Michael O'Neill Purcell, Ries, Shannon, Mulcahy & O'Neill | Yes | No | No |
| American Home Products v. Adriatic Insurance Company, et al. (2002) | Insurance Carrier Defense Group | Mark Plevin Crowell Moring | No | Yes | No |
| Tielmann v. Camp Dresser Mckee v. The Hartford, et al. (2002) | The Hartford | John Bowens Purcell, Ries, Shannon, Mulcahy & O'Neill | Yes | No | Yes |

HOL74005Y.ILX

# APPENDIX B

Documents Recently Obtained
through a FOIA Request

# Berks Landfill Site

# Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 10/25/1999 | Baseline Aquatic Habitat Assessment Report for Berks LF Superfund Site | Letter | USEPA | Golder Associates |
| None | 3/1/1999 | Aquatic Habitat Assessment Work Plan , Berks Landfill Superfund Site | Report | Golder Associates | Berks LF UAO Respondents |
| None | 4/27/1999 | Response to Comments Aquatic Habitat Assessment Work Plan Berks LF | Letter | Golder Associates | USEPA |
| None | 2/12/1998 | Berks Landfill RI/FS Progress Report, January 1998 | Letter | Golder Associates | USEPA |
| None | 1/9/1998 | Berks Landfill RI/FS Progress Report, December 1997 | Letter | Golder Associates | USEPA |
| None | 3/27/1998 | Berks Landfill RI/FS Progress Report, February 1998 | Letter | Golder Associates | USEPA |
| None | 4/10/1998 | Berks Landfill RI/FS Progress Report, March 1998 | Letter | Golder Associates | USEPA |
| None | 4/1/1998 | Unilateral Administrative Order | Order | USEPA | Pennsylvania Department of Environmental Protection |
| None | 5/14/1998 | Berks Landfill Site | Letter | Drinker Biddle & Reath LLP | Pennsylvania Department of Environmental Protection |
| None | 5/15/1998 | Berks Landfill RI/FS Progress Report, April 1998 | Letter | Golder Associates | USEPA |
| None | 3/14/1997 | Berks Landfill RI/FS Progress Report, February 1997 | Letter | Golder Associates | USEPA |
| None | 4/10/1997 | Berks Landfill RI/FS Progress Report, March 1997 | Letter | Golder Associates | USEPA |
| None | 5/14/1997 | Berks Landfill RI/FS Progress Report, April 1997 | Letter | Golder Associates | USEPA |
| None | 6/9/1997 | Berks Landfill RI/FS Progress Report, May 1997 | Letter | Golder Associates | USEPA |

ROUX ASSOCIATES, INC.

HOL74055Y

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 7/10/1997 | Berks Landfill RI/FS Progress Report, June 1997 | Letter | Golder Associates | USEPA |
| None | 9/23/1997 | Berks Landfill RI/FS Progress Report, August 1997 | Letter | Golder Associates | USEPA |
| None | 8/18/1997 | Berks Landfill RI/FS Progress Report, July 1997 | Letter | Golder Associates | USEPA |
| None | 10/13/1997 | Berks Landfill RI/FS Progress Report, September 1997 | Letter | Golder Associates | USEPA |
| None | 11/17/1997 | Berks Landfill RI/FS Progress Report, October 1997 | Letter | Golder Associates | USEPA |
| None | 12/11/1997 | Leachate Sampling Results | Letter | Golder Associates | Systems Design Engineering |
| None | 12/15/1997 | Berks Landfill RI/FS Progress Report, November 1997 | Letter | Golder Associates | USEPA |
| None | 12/18/1997 | Berks Landfill Superfund Site | Letter | USEPA | Pennsylvania Department of Environmental Protection |
| None | 4/25/1997 | Superfund Program Proposed Plan | Report | USEPA | |
| None | 5/19/1997 | Berks Landfill Proposed Plan Public Comment Period | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 7/18/1997 | Fish Health Berks Landfill | Letter | Pennsylvania Department of Environmental Protection | Waste Management Program biologist |
| None | 5/12/1997 | Concerned Citizens of Western Berks County, USEPA issues the proposed Remedial Action Plan | Letter | American Geotech, Inc. | USEPA |
| None | 5/22/1997 | Citizen Watchdog Letter | Letter | Vivian Faust | Charles Root, USEPA |
| None | Spring 1997 | Responsiveness Summary for the proposed Remedial Action Plan | Summary Report | | |
| None | 7/1/1997 | ROD | ROD | USEPA | Berks LF Superfund Site |

ROUX ASSOCIATES, INC.

HOLX406SY

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 7/10/1997 | Berks Landfill Responsiveness Summary | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 7/30/1997 | ROD | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 11/18/1997 | Residential & Business Well Sample Analyses Results, Residential and Business Well Data Validation Narrative | Tables | Golder Associates | USEPA |
| None | 4/18/1997 | Berks Landfill, FS and ARARs Review | Letter | | USEPA |
| None | 4/15/1996 | Berks Landfill RI/FS Progress Report, March 1996 | Letter | Golder Associates | USEPA |
| None | 3/13/1996 | Berks Landfill RI/FS Progress Report, February 1996 | Letter | Golder Associates | USEPA |
| None | 2/8/1996 | Berks Landfill RI/FS Progress Report, January 1996 | Letter | Golder Associates | USEPA |
| None | 7/10/1996 | Berks Landfill RI/FS Progress Report, June 1996 | Letter | Golder Associates | USEPA |
| None | 6/10/1996 | Berks Landfill RI/FS Progress Report, May 1996 | Letter | Golder Associates | USEPA |
| None | 5/13/1996 | Berks Landfill RI/FS Progress Report, April 1996 | Letter | Golder Associates | USEPA |
| None | 10/10/1996 | Berks Landfill RI/FS Progress Report, September 1996 | Letter | Golder Associates | USEPA |
| None | 9/10/1996 | Berks Landfill RI/FS Progress Report, August 1996 | Letter | Golder Associates | USEPA |
| None | 8/12/1996 | Berks Landfill RI/FS Progress Report, July 1996 | Letter | Golder Associates | USEPA |
| None | 1/10/1997 | Berks Landfill RI/FS Progress Report, December 1996 | Letter | Golder Associates | USEPA |
| None | 12/10/1996 | Berks Landfill RI/FS Progress Report, November 1996 | Letter | Golder Associates | USEPA |

ROUX ASSOCIATES, INC.

HOL74005Y

# Berks Landfill Site

## Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 11/13/1996 | Berks Landfill RI/FS Progress Report, October 1996 | Letter | Golder Associates | USEPA |
| None | 4/22/1996 | Berks Landfill Superfund Site | Letter | USEPA | Golder Associates |
| None | 4/25/1996 | Site Review and Update | Letter | Department of Health & Human Services | USEPA |
| None | 5/6/1996 | Berks Landfill, RI ARARs Review | Letter | Pennsylvania Department of Environmental Protection | USEPA |
| None | 4/19/1996 | State ARARs for Berks Landfill | Letter | USEPA | Pennsylvania Department of Environmental Protection |
| None | 5/29/1996 | Technical concerns about EPA Superfund Site | Letter | American Geotech, Inc. | USEPA |
| None | 3/26/1996 | Berks Landfill Superfund Site | Letter | | American Geotech, Inc. |
| None | 7/1/1996 | Final Baseline Risk Assessment | Report | Golder Associates | USEPA |
| None | 1/20/2003 | May 1997 Fact Sheet | USEPA Website | USEPA | |
| None | 1/20/2003 | June 30, 2000 Federal Register | USEPA Website | USEPA | |
| None | 1/20/2003 | Current Site Information (NPL Pad) | USEPA Website | USEPA | |
| None | 5/1/2002 | Annual Report - 2001 Berks Landfill Superfund Site | Report | USEPA | USEPA |
| None | 1/29/2002 | Sampling Results from Residential Wells | Letter | USEPA | residents |
| None | 5/22/2002 | Sampling Results from Residential Wells | Letter | USEPA | residents |
| None | 6/1/2002 | O&M and Monitoring Report, 1st Semi-annual Monitoring Event-Year 2002 | Report | Golder Associates | USEPA |
| None | 3/1/2002 | Post-Remedial Action Construction Aquatic Habitat Assessment | Report | Golder Associates | USEPA |
| None | 1/11/2002 | Residential Well Lead Sample Analysis Results, Operation, Maintenance and Monitoring | Letter/ Report | Golder Associates | USEPA |

**ROUX ASSOCIATES, INC.**

HOL74065Y

# Berks Landfill Site

# Sinking Springs, Pennsylvania

| Bates Range | Date | Title/Subject | Type | Author | Recipient |
|---|---|---|---|---|---|
| None | 7/19/2002 | Operation, Maintenance and Monitoring Plan | Letter/ Report | Golder Associates | USEPA |
| None | 7/22/2002 | Progress Report No. 41 for Second Quarter 2002 Activities | Letter/ Report | Golder Associates | USEPA |
| None | 10/31/2002 | Progress Report for No. 42 fro Third Quarter 2002 Activities | Letter | Golder Associates | USEPA |
| None | 1/1/2001 | Operations, Maintenance & Monitoring Report, November 2001 Monitoring Event | Report | Golder Associates | USEPA |
| None | 5/1/2001 | Operations, Maintenance & Monitoring Plan | Letter/ Report | Golder Associates | USEPA |
| None | 7/1/2001 | Remedial Action Completion Report | Report | Golder Associates | USEPA |
| None | 7/14/2000 | Berks Landfill Superfund Site | Letter | Golder Associates | USEPA |
| None | 1/5/2000 | Sampling Results from Residential Wells | Letter (Four Residential Letters) | Golder Associates | USEPA |
| None | 9/15/2000 | Design Change #4, | Letter | Golder Associates | USEPA |
| None | 1/13/2000 | Approval of Remedial Action Work Plan | Letter | USEPA | Golder Associates |
| None | 1/1/2000 | Revised Remedial Action Work Plan | Letter/ Report | Golder Associates | USEPA |
| None | 9/1/1999 | Final (100%) Design | Letter/ Report | Golder Associates | USEPA |
| None | 12/9/1999 | Region III Data and QA Review (Organic data validation report) | Sample Report | USEPA | Regional Program Manager |
| None | 6/21/1905 | Baseline Aquatic Habitat Assessment Report for Berks LF Superfund Site | Report | Golder Associates | USEPA |

ROUX ASSOCIATES, INC.

HOL7408IY